UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-2234-DMG (MRW) | Date | May 29, 2024 |
| Title | *Juan Pablo Chavez v. Thankyou@SSA.gov* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**

On March 19, 2024, Plaintiff Juan Pablo Chavez initiated this action and filed requests to proceed *in forma pauperis* and to file documents electronically. [Doc. ## 3, 5.] On April 19, 2024, the Court screened the complaint, dismissed it, and gave Chavez until May 20, 2024 to file an amended complaint. [Doc. # 8.] The Court warned Chavez that failure to do so would result in dismissal of this action without prejudice. On April 25, 2024, Chavez filed a notice of appeal to the Ninth Circuit. [Doc. # 10.] The Ninth Circuit dismissed the appeal for lack of jurisdiction on May 23, 2024. [Doc. # 13.] Chavez did not timely file an amended complaint in this Court or request an extension of the Court's May 20, 2024 deadline.

The Court accordingly **ORDERS** Chavez to show cause by **June 28, 2024** why this action should not be dismissed for failure to prosecute and to comply with the Court's April 19, 2024 screening order. The Court will discharge this Order if Chavez files an amended complaint by June 28, 2024 that remedies the defects the Court identified in its April 19, 2024 screening order. Failure to comply with this order in a timely manner will result in dismissal of this action without prejudice.

**IT IS SO ORDERED**.